IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:16-cv-81874-RLR

**The Calida Group LLC**,

        Plaintiff,

v.

**Group P6 LLC**, **Group P6-A LLC**, **Group P6-B LLC**, **Group P6-C LLC**, **Group P6-D LLC**, **Group P6 Services LLC**, **Group P6-V LLC**, and **Jose E. Padua**,

        Defendants.

## ORDER OF PERMANENT INJUNCTION AND JUDGMENT ON CONSENT OF DEFENDANTS

Upon the consent of Plaintiff The Calida Group LLC ("Plaintiff") and Defendants Group P6 LLC, Group P6-A LLC, Group P6-B LLC, Group P6-C LLC, Group P6-D LLC, Group P6 Services LLC, Group P6-V LLC and Jose E. Padua, and based upon the recitals set forth below, this Permanent Injunction and Judgment on Consent is hereby entered.

WHEREAS, this civil action was filed on November 15, 2016, for trademark infringement, false designation of origin, and cyberpiracy pursuant to the Lanham Act

1

(15 U.S.C. § 1051, *et seq.*), and trademark infringement and unfair competition pursuant to the common law of the State of Florida; and

WHEREAS, Plaintiff represents that it is the owner of, *inter alia*, the entire right, title and interest in and to the trademark **ELYSIAN**®, U.S. Registration No. 4,500,503, registered with the U.S. Patent and Trademark Office on March 25, 2014;

WHEREAS, Defendant Group P6-V LLC acknowledges that Plaintiff possesses the sole right to and use of the **ELYSIAN**® trademark, and that the ownership thereof and the goodwill associated therewith belong exclusively with Plaintiff;

WHEREAS, Defendants Group P6 LLC, Group P6-A LLC, Group P6-B LLC, Group P6-C LLC, Group P6-D LLC, Group P6 Services LLC and José E. Padua have not used, and covenant not use, the **ELYSIAN**® trademark in any way; and

WHEREAS, Plaintiff and Defendants have reached a settlement of this action; and all parties have therefore agreed to entry of this Permanent Injunction and Judgment on Consent,

NOW, THEREFORE, it is hereby ordered, adjudged, and decreed, that:

1. This Court has jurisdiction over the subject matter of this action and over Defendants and venue in this District is proper;

2. Defendants, and their respective officers, directors, owners, agents, affiliates, servants, employees, attorneys, representatives, successors and assigns, are PERMANENTLY ENJOINED, THROUGHOUT THE UNITED STATES AND ITS TERRITORIES, FROM:

   a. using any trademark, service mark, name, logo, design and/or source designation of any kind on or in connection with Defendants' goods or services that is

a copy, reproduction, colorable imitation, or simulation of, or is confusingly similar to the Plaintiff's **ELYSIAN**® trademark, or otherwise includes the term "ELYSIAN" as part of a name or mark; and

    b.    registering, trafficking in, and/or using any domain name, including without limitation, elysian-fordham.com, and any social media platforms or pages that contains Plaintiff's **ELYSIAN**® trademark or any term confusingly similar thereto.

    3.    This Court shall maintain jurisdiction to enforce this Permanent Injunction and Judgment on Consent; and

    4.    This action shall be and the same is hereby dismissed as to all parties with prejudice and without costs.

    5.    The Clerk of the Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers this 19th day of January, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE